## LAWSON v. STATE.
### No. 23211.

Court of Criminal Appeals of Texas.

Nov. 7, 1945.

Ross Hardin and Stanley Bransford, both of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

On his plea of guilty before the court appellant was adjudged to be guilty of aggravated assault, and his punishment assessed at 30 days in jail.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.